UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P. CHRISTOPHER LEARY,<br><br>    Plaintiff,<br><br>against<br><br>FAWAZ AL-MUBARAKI, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 18 Civ. 48 (LTS) (SLC)<br><br>**30 DAY ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

The parties have informed the Court that they have reached a settlement in principle. Accordingly, by **Thursday, March 5, 2020** the parties shall submit a joint stipulation of dismissal to the Honorable Judge Swain. All pending deadlines are adjourned sine die.

If the parties require the Court's assistance in negotiating the final terms of settlement, they may contact chambers by email, with copy to all parties.

Dated:  New York, New York
     February 4, 2020

                    SO ORDERED

                    _____
                    **SARAH L. CAVE**
                    **United States Magistrate Judge**