UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

P. CHRISTOPHER LEARY,

          Plaintiff,

v.

WAFRA INVESTMENT ADVISORY GROUP, INC. and FAWAZ AL-MUBARAKI,

          Defendants.

Case No. 1:18-cv-00048-LTS-SLC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff P. Christopher Leary and Defendants Wafra Investment Advisory Group, Inc. (d/b/a Wafra Inc.) and Fawaz Al-Mubaraki, that all claims in this action are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own legal fees and costs.

Dated: March 3, 2020

| | |
|---|---|
| VLADECK, RASKIN & CLARK P.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| _/s/ Debra L. Raskin_ | _/s/ Brette Tannenbaum_ |
| Debra L. Raskin | Martin Flumenbaum |
| Thomas Bellifemine | Brette Tannenbaum |
| 565 Fifth Avenue, 9th Floor | 1285 Avenue of the Americas |
| New York, New York 10017 | New York, New York 10019 |
| (212) 403-7300 | (212) 373-3000 |
| draskin@vladeck.com | mflumenbaum@paulweiss.com |
| tbellifemine@vladeck.com | btannenbaum@paulweiss.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |